IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JIMMY STRATTON, )
)
    Plaintiff, )
) NO. 3:03-0978
v. ) JUDGE HAYNES
)
KEVIN WOMACK, individually )
and d/b/a Loophole Entertainment, )
)
    Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 43) is **GRANTED**. This action is **DISMISSED** with prejudice. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of April, 2006.

                                          WILLIAM J. HAYNES, JR.
                                        United States District Judge